

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00662-CV

Melissa **FUENTES**, Individually, and as Next Friend of Victor Robert Fuentes and Isabella
Elaine Fuentes, Minor Plaintiffs,
Appellant

v.

**TEXAS MUTUAL INSURANCE CO.**,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 5910
Honorable Pedro Gomez, Judge Presiding

## O R D E R

The original clerk's record showed a summary judgment order signed on May 18, 2016. Based on that order, it appeared that Appellant's notice of appeal was not timely filed.

On November 17, 2016, we ordered Appellant to file a written response to show cause why this court has jurisdiction in this appeal. A supplemental clerk's record was timely filed which includes a final judgment signed on July 12, 2016.

Given this additional information, we conclude the August 11, 2016 motion for new trial was timely filed, it extended the deadline to file the notice of appeal, the October 10, 2016 notice of appeal was timely, and we have jurisdiction in this appeal. *See* TEX. R. APP. P. 26.1.

Our November 17, 2016 show cause order is satisfied. We reinstate the appellate timetable. Appellant's brief is due on December 28, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle, Clerk